IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:   DOROTHY L BURRIS                                        Case No:   5:03-bk-25076 T

O R D E R

The Court finds that this case was filed on December 17, 2003, and was confirmed on August 05, 2004.  The Court further finds that the claim filed by U S BANK HOME MORTGAGE (ACH) has been paid a total of 25,811.60.

IT IS ORDERED, that this claim be allowed in the sum of 25,811.60, that the balance of the claim be released from the plan with future payments to be made directly by the debtor beginning 08/01/09 on account number XXXX3422.

IT IS SO ORDERED.

Dated:  07/21/2009                                        /s/   RICHARD D. TAYLOR
                                                          _____
                                                          U. S. Bankruptcy Judge
                                                          RICHARD D. TAYLOR

cc:    Jack W Gooding, Trustee

       U S Bank Home Mortgage (Ach)
       4801 Frederica St (Bankruptcy)
       Owensboro, Ky  42301

       Jean M Madden
       515 South Rock St
       Little Rock, Ar  72202

       Dorothy L Burris
       301 W 24Th St
       Pine Bluff, Ar  71602

Trustee's Claim No:  3            TH